WITHDRAWN 7/18/13
REISSUED ____________



# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00434-CV

**MICHAEL A. PEREZ AND ELIZABETH A. PEREZ,**

**Appellant**

**v.**

**BOBBY FELDER D/B/A F&W ELECTRIC,**

**Appellee**

_____

**From the 361st District Court
Brazos County, Texas
Trial Court No. 12-001846-CV-361**

_____

## MEMORANDUM OPINION

_____

The Clerk of this Court notified Appellants Michael A. Perez and Elizabeth A. Perez by letter dated March 22, 2013 that the clerk's record in the above case had apparently not been filed because Appellants had failed to pay or make arrangements to pay the clerk's fee for preparation of the record. Appellants were further notified that if they desired to proceed with this appeal, they must pay or make arrangements to pay the clerk's fee and notify this Court of the actions taken within twenty-one days after the date of the letter. Appellants were warned that if they failed to do so, this

appeal might be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). More than twenty-one days have passed, and we have not been notified that Appellants have paid or made arrangements to pay the clerk's fee.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 37.3(b), 42.3(b).


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 25, 2013
[CV06]